No. 972. PUBLIC SERVICE INTERSTATE TRANSPORTATION Co. *v.* SUTTON. March 3, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Sec-

ond Circuit denied. *William C. Morris* for petitioner. *Asher Blum* for respondent.